UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EMMANUEL SMITH
Plaintiff
VS.

FLEET BANK

**FILED**
MAY 1 3 2004

2004 MAY 18 A 10:34 CIV 1052(DJS)(TPS) NO.

U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Connecticut Carting Co v. Town of East Lyme, 946 F. Supp. 152, 157 (D. Conn. 1995); Malkentzos v. DeBuono, 102 F.3d 50, 54 (2d Cir. 1996).; General Statutes section 52-571a - Action for deprivation of equal rights and privileges.

Plaintiff respectfully request from this court, due to the alleged civil violations in the suit with case number 3:03 CV 1052 (DJS)(TPS) a preliminary injunction against the state of Connecticut. The preliminary injunction is necessary to prevent irreparable harm and plaintiff has presented "sufficient serious questions going to the merits of the claims to make it a fair ground for litigation and ... balance of the hardships tips decidedly in favor of the plaintiff.

WHEREFORE, Plaintiff prays for an order as follows:
1) Preliminary injunction against the state of Connecticut until the civil violation claims come to a conclusion.
2) Grant unto plaintiff such other and further relief as this court may deem just and proper.

Done this 10 day of MAY, 2004

By: Emmanuel Smith
Emmanuel Smith - plaintiff
Bridgeport Correction Center
1106 North Avenue
Bridgeport, Connecticut 06604