UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EMMANUEL SMITH**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv1052(DJS) |
| **FLEET BANK**<br>    Defendant | : |

**ORDER**

The Motion for Preliminary Injunction (Doc. #6) is hereby **DENIED without prejudice.** The defendant has not been served and has not yet entered an appearance. The Clerk of the Court is **ORDERED** to provide the US Marshal with the papers necessary to permit service of the complaint on the defendant. The US Marshal is **ORDERED** to execute service by summons on the defendant within sixty (60) days of this Order.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   4th   day of August, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge