UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
********************************
EMMANUEL SMITH                  *       CIVIL ACTION NO: 3:03-CV-1052 (DJS)
                                *
         Plaintiff              *
V.                              *
                                *
FLEET BANK                      *
                                *
         Defendant              *
********************************        JANUARY 12, 2005
```

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of the undersigned on behalf of Defendant, FLEET BANK.

| | |
|---|---|
| Linda Clifford Hadley, Esq. of | Gerald L. Garlick, Esq. of |
| Krasow, Garlick & Hadley, LLC | Krasow, Garlick & Hadley, LLC |
| One State Street | One State Street |
| Hartford, CT 06103 | Hartford, CT 06103 |
| Telephone: (860) 549-7100 | Telephone: (860) 549-7100 |
| Facsimile: (860) 728-1651 | Facsimile: (860) 728-1651 |
| Email: lhadley@krasowgarlick.com | Email: |
| ggarlick@krasowgarlick.com | |
| Federal Bar No. ct06308 | Federal Bar No ct05627 |

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 12th day of January, 2005 to the following Pro Se Plaintiff:

>Mr. Emmanuel Smith
>Inmate No. 232549
>MacDougall-Walker Correctional Institution
>1153 East Street South
>Suffield, CT 06080

_____
Gerald L. Garlick

000233/00054/lib002/23321.1