UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
********************************
EMMANUEL SMITH                  *        CIVIL ACTION NO: 3:03-CV-1052 (DJS)
                                *
        Plaintiff               *
    V.                          *
                                *
FLEET BANK                      *
                                *
        Defendant               *
********************************        JANUARY 12, 2005
```

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Defendant respectfully requests that the Court grant an extension of time not to exceed 30 days in which Defendant can file an answer or motion addressed to the Complaint. The undersigned represents that they have just received a legible copy of Plaintiff's Complaint, and need this additional time in order to review the Complaint and perform the necessary inquiry into the facts in order to file the appropriate response to the Complaint.

As the Complaint indicates that the Plaintiff is currently incarcerated, Defendant's counsel respectfully represents that they cannot ascertain the Pro Se Plaintiff's position with regard to this Motion for Extension of Time.

This is the first Motion for Extension of Time filed with regard to the time in which to respond to the Complaint.

DEFENDANT:  FLEET BANK


By_____
    Gerald L. Garlick, Esq. of
    Krasow, Garlick & Hadley, LLC
    One State Street
    Hartford, CT 06103
    Telephone:  (860) 549-7100
    Facsimile:   (860) 728-1651
    Email:  ggarlick@krasowgarlick.com
    Federal Bar No ct05627


**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 12th day of January, 2005 to

the following Pro Se Plaintiff:

> Mr. Emmanuel Smith
> Inmate No. 232549
> MacDougall-Walker Correctional Institution
> 1153 East Street South
> Suffield, CT 06080


_____
Gerald L. Garlick

000233/00054/lib002/23324.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
********************************
EMMANUEL SMITH                 *        CIVIL ACTION NO: 3:03-CV-1052 (DJS)
                               *
          Plaintiff            *
   V.                          *
                               *
FLEET BANK                     *
                               *
          Defendant            *
********************************
```

## <u>ORDER</u>

The foregoing Motion for Extension of Time having been presented to the Court, said

Motion is hereby GRANTED/DENIED.

BY THE COURT

_____

Date _____

000233/00054/lib002/23324.1