UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| EMMANUEL SMITH * | CIVIL ACTION NO: 3:03-CV-1052 (DJS) |
| Plaintiff * | |
| V. * | |
| FLEET BANK * | |
| Defendant * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   JANUARY 12, 2005

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Fleet Bank discloses to this Court that Fleet National Bank is 100% owned by Bank of America Corporation.

DEFENDANT: FLEET BANK

By_____
Gerald L. Garlick, Esq. of
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
Telephone: (860) 549-7100
Facsimile: (860) 728-1651
Email: ggarlick@krasowgarlick.com
Federal Bar No ct05627

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 12th day of January, 2005 to the following Pro Se Plaintiff:

>Mr. Emmanuel Smith
>Inmate No. 232549
>MacDougall-Walker Correctional Institution
>1153 East Street South
>Suffield, CT 06080

_____
Gerald L. Garlick

000233/00054/lib002/23323.1