UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
EMMANUEL SMITH                    *          CIVIL ACTION NO: 3:03-CV-1052 (DJS)
                                  *
        Plaintiff                 *
V.                                *
                                  *
FLEET BANK                        *
                                  *
        Defendant                 *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*          FEBRUARY 2, 2005

## ANSWER AND SPECIAL DEFENSES

A.   PARTIES

   1.   With regard to Paragraph 1, Defendant does not have sufficient information on which to base a response and therefore leaves Plaintiff to his proof.

   2.   With regard to Paragraph 2, Defendant admits that Fleet National Bank is a corporation authorized to do business in Connecticut and having offices in Bridgeport, Connecticut. With regard to the rest of said Paragraph 2, Defendant does not have sufficient information on which to base a response and therefore leaves Plaintiff to his proof.

B.   JURISDICTION

   1-2.   With regard to Paragraphs 1 and 2, Defendant does not have sufficient information on which to base a response and therefore leaves Plaintiff to his proof.

C.  <u>NATURE OF THE CASE</u>

Defendant denies all of the factual allegations directed to Defendant. With regard to the rest of the factual allegations in this section of the Complaint, Defendant does not have sufficient information on which to base a response and therefore leaves Plaintiff to his proof.

D.  <u>CAUSE OF ACTION</u>

Defendant denies all of the factual allegations directed to Defendant. With regard to the rest of the factual allegations in this section of the Complaint, Defendant does not have sufficient information on which to base a response and therefore leaves Plaintiff to his proof.

E.  <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF</u>

1-3.  With regard to Paragraphs 1 through 3, Defendant does not have sufficient information on which to base a response and therefore leaves Plaintiff to his proof.

F.  <u>PREVIOUSLY DISMISSED ACTIONS OR APPEALS</u>

1-2.  With regard to Paragraphs 1 through 2, Defendant does not have sufficient information on which to base a response and therefore leaves Plaintiff to his proof.

<u>FIRST SPECIAL DEFENSE</u>

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

SECOND SPECIAL DEFENSE

The right of action for the cause stated in the Complaint did not accrue within three years next before the commencement of this action.  This action is therefore barred under Connecticut General Statutes Section 52-577.

                                                DEFENDANT, FLEET BANK


                                          By_____
                                             Gerald L. Garlick, Esq. of
                                             Krasow, Garlick & Hadley, LLC
                                             One State Street
                                             Hartford, CT 06103
                                             Telephone:  (860) 549-7100
                                             Facsimile:   (860) 728-1651
                                             Email:  ggarlick@krasowgarlick.com
                                             Federal Bar No ct05627

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 2nd day of February, 2005 to the following Pro Se Plaintiff:

>Mr. Emmanuel Smith
>Inmate No. 232549
>MacDougall-Walker Correctional Institution
>1153 East Street South
>Suffield, CT 06080

_____
Gerald L. Garlick

000233/00054/lib002/23367.1

4