UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EMMANUEL SMITH**  Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv1052(DJS) |
| **FLEET BANK**  Defendant | : |

**O R D E R**

The proposed case management plan dated February 9, 2005 is hereby approved and will control the pretrial proceedings in this case until further order of the Court **with the following exceptions**: Discovery, including all discovery relating to expert witnesses, reports and depositions, will be completed by **September 22, 2005.** Dispositive motions, if any, will be filed by **October 21, 2005.**

**Motions to Compel must be filed within twenty (20) days of either: (1) the failure of an opposing party to provide information on a timely basis pursuant to the time provided for in the rules or by order of this Court; or (2) the movant's receipt of an opposing party's unsatisfactory response to requests for discovery, e.g., responses indicating objections that the movant contends are unjustified. Motions to Compel filed after such deadlines shall be denied for failure to comply with the case management plan.**

A joint trial memorandum, per the attached order, shall be filed by **November 22, 2005.** This case shall be trial ready **December, 2005**. If the parties cannot agree to the filing of the joint trial memorandum, each party shall file their trial memorandum separately. If a dispositive motion is filed, the memorandum shall be **filed** within 30 days of any decision of the court on such dispositive motion. The filing of dispositive motions shall not stay discovery.

The court shall set down a settlement conference in the near future. All discovery shall proceed notwithstanding the conference.

The parties are hereby notified that failure to comply with this Order shall be grounds for either an immediate dismissal with prejudice or an entry of a default and/or sanctions.

**IT IS SO ORDERED** this   11th   day of   February  , 2005.

                                                   /s/DJS
                                                 Dominic J. Squatrito, United States District Judge