UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ********************************* | | |
| EMMANUEL SMITH | * | CIVIL ACTION NO: 3:03-CV-1052 (DJS) |
| | * | |
| Plaintiff | * | |
| V. | * | |
| | * | |
| FLEET BANK | * | |
| | * | |
| Defendant | * | |
| ********************************* | | FEBRUARY 15, 2005 |

**MOTION FOR DISMISSAL FOR FAILURE TO
RESPOND TO DISCOVERY**

Pursuant to Rule 37(d) of the Federal Rules of Civil Procedure, Defendant respectfully moves the Court for an order dismissing this action, due to the Plaintiff's failure to respond or object to Defendant's Interrogatories and Request for Production dated January 13, 2005.

The undersigned certifies that he has not been able to confer with the pro se Plaintiff with regard to these issues, as the pro se Plaintiff has not provided Defendant's counsel with any means of contacting the pro se Plaintiff other than by mail.

ORAL ARGUMENT IS NOT REQUESTED

Wherefore, Defendant respectfully moves for an order dismissing this action.

DEFENDANT, FLEET BANK

By_____
   Gerald L. Garlick, Esq. of
   Krasow, Garlick & Hadley, LLC
   One State Street
   Hartford, CT 06103
   Telephone:  (860) 549-7100
   Facsimile:   (860) 728-1651
   Email:  ggarlick@krasowgarlick.com
   Federal Bar No ct05627

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 15th day of February, 2005 to the following pro se Plaintiff:

>Mr. Emmanuel Smith
>Inmate No. 232549
>MacDougall-Walker Correctional Institution
>1153 East Street South
>Suffield, CT 06080

>_____
>Gerald L. Garlick

000233/00054/lib002/23537.1

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************************
EMMANUEL SMITH               *     CIVIL ACTION NO: 3:03-CV-1052 (DJS)
                             *
     Plaintiff               *
V.                           *
                             *
FLEET BANK                   *
                             *
     Defendant               *
*********************************

## **ORDER**

The foregoing Motion for Dismissal having been heard by the Court, said Motion is hereby:

GRANTED/DENIED.

BY THE COURT

_____

Date: _____

000233/00054/lib002/23537.1