UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
********************************
EMMANUEL SMITH                 *      CIVIL ACTION NO: 3:03-CV-1052 (DJS)
                               *
         Plaintiff             *
V.                             *
                               *
FLEET BANK                     *
                               *
         Defendant             *
********************************      FEBRUARY 15, 2005
```

**<u>MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR DISMISSAL FOR FAILURE TO
RESPOND TO DISCOVERY</u>**

Pursuant to Local Rule 37, Defendant files this Memorandum of Law in support of Defendant's Motion for Dismissal for Failure to Respond to Discovery.

Attached hereto is a copy of Defendant's Interrogatories and Request for Production directed to Plaintiff, dated January 13, 2005. Plaintiff has failed to file any objection or response to any of the Interrogatories and Requests for Production. As Plaintiff has completely failed to respond in any fashion to these discovery requests, this case should be dismissed pursuant to Rule 37(d).

ORAL ARGUMENT IS NOT REQUESTED

As Plaintiff is proceeding pro se, there is no opposing counsel with whom Defendant's counsel could have discussed these discovery issues, and Defendant's counsel is therefore not filing the Affidavit required by Local Rule 37(a)(2).  As set forth in the accompanying Motion, Defendant's counsel has been unable to confer directly with the pro se Plaintiff.

Defendant therefore respectfully moves for an order dismissing this case pursuant to Rule 37(d), because of Plaintiff's failure to respond or object to Defendant's discovery requests dated January 13, 2005.

DEFENDANT, FLEET BANK

By_____
Gerald L. Garlick, Esq. of
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
Telephone:  (860) 549-7100
Facsimile:   (860) 728-1651
Email:  ggarlick@krasowgarlick.com
Federal Bar No ct05627

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 15th day of February, 2005 to the following Pro Se Plaintiff:

> Mr. Emmanuel Smith
> Inmate No. 232549
> MacDougall-Walker Correctional Institution
> 1153 East Street South
> Suffield, CT 06080

_____
Gerald L. Garlick

000233/00054/lib002/23540.1

.