UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Emmanuel Smith, Plaintiff <br> v. <br> FLEET BANK, Defendant | Case No. 3:03-CV-1052(DJS) <br> FILED <br> Date 3-7-05 <br> 2005 MAR -9 A 10:54 |

## MOTION FOR EXTENSION OF TIME.

Pursuant to local Rule 7(b), Plaintiff respectfully request that the court grant an extension of time not to exceed 30 days in which Plaintiff can file an answer or motion addressed to the many motions filed by the defendant. The Plaintiff represents that he has just received motions many days later because of new address which has contribute to my slow response time.

Plaintiff respectfully represents that plaintiff has not been able to ascertain the defendant's position with regard to this motion for extension of time.

This is the first motion for extension of time filed with regard to the time in which to respond to the motions filed by the defendant.

Plaintiff: Emmanuel Smith

By Emmanuel Smith
Emmanuel Smith,
335 Bilton Road - P.O. Box 100
Somers, CT 06071

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 7 day of March, 2005 to the following defendant: Fleet Bank — Linda Clifford Hadly, Gerald L. Garlick, Esq. One State Street - Hartford, CT 06103

*Emmanuel Smith*
pro-se Emmanuel Smith