Response to motion for interrogatories and request for production directed to plaintiff,

Interrogatories                                          3:03 cv 1052 DJS

1. Emmanuel B. Smith JR,

2. Emmanuel B. Smith JR.

3. 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

4. 206 sea side Ave - stamford, CT 06902, Bridgeport correction Institution 1100 North Ave - Bridgeport, CT 06606, Mac Dougall - Walker correctional institution - 1153 East street South - Suffield, CT 06080, Osborn correctional institution - 335 Bilton Road P.O. Box 100 Somers; CT 06071.

5. 944-140-5389 - there was also a great deal of confusion on this issue of account number. There were call made on this confusion to fleet Bank, I was told nothing till long after violations claimed.

6. 944-140-5389 - there was also a great deal of confusion on this issue of account numbers. There were calls made on this issue of account confusion to fleet Bank, nothing told till after violations claimed.

7. On Aug. 9, 2001 fleet Bank corporate security investigator cheryl cleary went to the stamford Police Dept. fraud unit - reporting a larceny of approximetely "38,230, That money was misappropriated to the wrong customer.

   The affiant was supplied with documentation of customer Emmanuel B. smith Jr, withdrawals, bank surveillance photos, certified demand letter was sent to customer Emmanuel B. smith JR., at 206 sea-side Ave stamford, CT 06902, the letter dated 9/10/01. This letter was sent long after the violation to my rights were done.

   It was also stated to affiant that a certified demand letter was sent to customer Emmanuel B. smith JR., on date 8/2/01 - which is false hood. the date letter was sent was 9/10/01 which makes it part of the violation of civil banking regulations.

In-addition corporate security investigator cheryl cleary stated to the Affiant Bruce J. Rosa member of the stamford Police Department a municipality, that she advised Emmanuel B. smith JR., that a police report had been fild on this matter. This statement shows that these violations of the civil banking regulations took place many many day before any contact was initiated by the defendant fleet Blank, in-accordace to state and federal civil banking regulations.

Also there is a great deal more documents and information which back my claims of violations of civil banking regulation and, copys can be made pursuant to local Rule 3-24 Interrogatories of these documents and information.

Disclosure was given to Brigdeport and stamford police Department-municpalitys to incriminat and used to establish criminal conduct-do to evidence of violations of civil banking regulations.

8. (a) LARCENY FIRST DEGREE-53a-122 (a)(2).

(B) start date 12-16-01, sentence imposed by the court was 4 years 11 months.

(c) Judge name was -Judge Niegro.

(d) Blackmail trial and plea.

(e) Attorney David J. Marantz and James J. Hess.

Request for production.

1.  I (Emmanuel Smith) will allow defense counsel to inspect and copy all documents use to support my claims in this action.

2.  All documents pertaining to any account maintained by me the plaintiff at fleet Bank from january 1, 2000 to the present.

page ③ of ④

3. I (Emmanuel Smith) will comply with disclosure request of finan-
cial records by defendant. Counsel can make copys of all
documents in my possesion. Note, I only have that which was
given to me by the states attorneys office.

4. As previously stated - counsel for the defendant fleet bank
can make copys of all the documents in my possession inclu-
ding certified mail receipt from the bank with the dates
on them. there is also a number of signed affidavits and
incident reports.

Note, — only copys of financial record and disclosure of financial re-
cords in Emmanuel Smith possession. und to rescind art any
time.

        DECLARATION UNDER PENALTY OF PERJURY.    ③ of ④ pages
The undersigned declares under penalty of perjury that he is
the plaintiff in the above action, that he has read the Interrogator-
ies and request for production directed to plaintiff and that
the information contained in the response is true and correct.
28 U.S.C. section 1746; 18 U.S.C. section 1621.


Executed at  335 Bilton Road - Somers, CT 06071  on  3-7-05
                    location                              date



                              ___Emmanuel Smith___
                              plaintiff original signature

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 7 day of March , 2005 to the following defendant : Fleet Bank - Linda Clifford Hadly, Gerald L. Garlick, Esq. One State Street - Hartford, CT 06103

_Emmanuel Smith_

Pro-se Emmanuel Smith