FILED

2005 MAR 18  A 10: 34

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| EMMANUEL SMITH | * | CIVIL ACTION NO: 3:03-CV-1052 (DJS) |
| | * | |
| Plaintiff | * | |
| V. | * | |
| | * | |
| FLEET BANK | * | |
| | * | |
| Defendant | * | MARCH 16, 2005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR LEAVE TO AMEND COMPLAINT
### BY ADDING COUNTERCLAIM AND SPECIAL DEFENSE

Pursuant to Rules 13 and 15 of the Federal Rules of Civil Procedure, Defendant respectfully requests the Court for leave to amend Defendant's Answer and Special Defenses, by including the Third Special Defense and the Counterclaim as set forth in the attached Amended Answer, Special Defenses and Counterclaim.

The Third Special Defense and the Counterclaim were not set forth in the Answer originally filed by Defendant, because at the time of filing its Answer, Defendant had not been able to identify the circumstances set forth in Plaintiff's Complaint. Based on Plaintiff's discovery responses which were received by Defendant's counsel on March 9, 2005, Defendant has now been able to identify

the particular bank accounts in question and has further been able to determine the nature of the claims set forth in the attached Third Special Defense and Counterclaim.

Defendant therefore respectfully requests leave of the Court to amend Defendant's Answer by adding the Third Special Defense and the Counterclaim as set forth in the attached Amended Answer.

DEFENDANT, FLEET BANK

By /s/ Gerald L. Garlick
Gerald L. Garlick, Esq. of
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
Telephone: (860) 549-7100
Facsimile: (860) 728-1651
Email: ggarlick@krasowgarlick.com
Federal Bar No ct05627