FILED

05 APR 12 A 8:41

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************************
| | | |
|---|---|---|
| EMMANUEL SMITH | * | CIVIL ACTION NO: 3:03-CV-1052 (DJS) |
|  | * |  |
| Plaintiff | * |  |
| V. | * |  |
|  | * |  |
| FLEET BANK | * |  |
|  | * |  |
| Defendant | * | MARCH 16, 2005 |

*********************************

## AMENDED ANSWER, SPECIAL DEFENSES AND COUNTERCLAIM

A.   PARTIES

   1.   With regard to Paragraph 1, Defendant does not have sufficient information on which to base a response and therefore leaves Plaintiff to his proof.

   2.   With regard to Paragraph 2, Defendant admits that Fleet National Bank is a corporation authorized to do business in Connecticut and having offices in Bridgeport, Connecticut. With regard to the rest of said Paragraph 2, Defendant does not have sufficient information on which to base a response and therefore leaves Plaintiff to his proof.

B.  **JURISDICTION**

1-2.   With regard to Paragraphs 1 and 2, Defendant does not have sufficient information on which to base a response and therefore leaves Plaintiff to his proof.

C.  **NATURE OF THE CASE**

Defendant denies all of the factual allegations directed to Defendant. With regard to the rest of the factual allegations in this section of the Complaint, Defendant does not have sufficient information on which to base a response and therefore leaves Plaintiff to his proof.

D.  **CAUSE OF ACTION**

Defendant denies all of the factual allegations directed to Defendant. With regard to the rest of the factual allegations in this section of the Complaint, Defendant does not have sufficient information on which to base a response and therefore leaves Plaintiff to his proof.

E.  **PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1-3.   With regard to Paragraphs 1 through 3, Defendant does not have sufficient information on which to base a response and therefore leaves Plaintiff to his proof.

F.  **PREVIOUSLY DISMISSED ACTIONS OR APPEALS**

1-2.   With regard to Paragraphs 1 through 2, Defendant does not have sufficient information on which to base a response and therefore leaves Plaintiff to his proof.

### FIRST SPECIAL DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND SPECIAL DEFENSE

The right of action for the cause stated in the Complaint did not accrue within three years next before the commencement of this action. This action is therefore barred under Connecticut General Statutes Section 52-577.

### THIRD SPECIAL DEFENSE

Without either admitting or denying that Defendant filed any reports or provided any information to any governmental or police department or agency, if Defendant did so Defendant would be immune from any liability to Plaintiff by virtue of 31 U.S.C. §5318(g)(3) and 31 CFR §103.18(e).

### BY WAY OF COUNTERCLAIM AND SETOFF

**FIRST COUNT**

1. On various dates, Counterclaim Defendant/Plaintiff Emmanuel Smith ("Smith") wrongfully withdrew funds from a bank account at Counterclaim Plaintiff/Defendant Fleet Bank ("Fleet Bank").

2. Smith withdrew such funds notwithstanding the fact that Smith did not have authority to make such withdrawals and did not have any interest in said account.

3.  As a result of Smith's actions as aforesaid, Fleet Bank was required to deposit its own funds into said account, in order to make up for the unauthorized withdrawals made by Smith.

4.  As a result of Smith's actions as aforesaid, Fleet Bank has suffered damages in the amount of $38,230.00, exclusive of interest and costs.

SECOND COUNT

1-3. Paragraphs 1 through 3 of the First Count are hereby made Paragraphs 1 through 3 of the Second Count.

4.  Said unauthorized withdrawals were made by Smith falsely making and/or forging one or more documents.

5.  As a result of Smith's actions as aforesaid, Fleet Bank has been damaged in the amount of $38,230.00, exclusive of interest and costs.

WHEREFORE, Counterclaim Plaintiff/Defendant claims:

As to the First Count

1.  Damages in the amount of $38,230.00;

2.  Interest;

3.  Costs; and

4.  Such other and further relief as the Court shall deem equitable and just.

As to the Second Count

1. Damages in the amount of $38,230.00;

2. Double damages pursuant to Connecticut General Statutes Section 52-565;

3. Interest;

4. Costs; and

5. Such other and further relief as the Court shall deem equitable and just.

DEFENDANT, FLEET BANK

By /s/ Gerald L. Garlick

Gerald L. Garlick, Esq. of
Krasow, Garlick & Hadley, LLC
One State Street
Hartford, CT 06103
Telephone: (860) 549-7100
Facsimile: (860) 728-1651
Email: ggarlick@krasowgarlick.com
Federal Bar No ct05627

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 16th day of March, 2005 to the following Pro Se Plaintiff:

>Mr. Emmanuel Smith
>Inmate No. 232549
>Osborne Correctional Institution
>335 Bilton Road
>P.O. Box 100
>Somers, CT 06071

_____
Gerald L. Garlick

000233/00054/lib002/23367.1