UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
********************************
EMMANUEL SMITH                 *       CIVIL ACTION NO: 3:03-CV-1052 (DJS)
                               *
        Plaintiff              *
V.                             *
                               *
FLEET BANK                     *
                               *
        Defendant              *       APRIL 12, 2005
********************************
```

**MOTION FOR JUDGMENT ON THE PLEADINGS
AS TO PLAINTIFF'S COMPLAINT AND FOR DISMISSAL OF
PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A
CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Pursuant to Federal Rule of Civil Procedure Rules 12(c), 12(b)(6), and 12(h)(2), and for the reasons set forth in the accompanying Memorandum of Law, Defendant moves that the Court enter judgment for Defendant on Plaintiff's Complaint or dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted. The pleadings are closed as to Plaintiff's Complaint, by virtue of the Defendant's Answer and Special Defenses directed to Plaintiff's Complaint.

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANT, FLEET BANK

By_____
   Gerald L. Garlick, Esq. of
   Krasow, Garlick & Hadley, LLC
   One State Street
   Hartford, CT 06103
   Telephone:  (860) 549-7100
   Facsimile:  (860) 728-1651
   Email:  ggarlick@krasowgarlick.com
   Federal Bar No ct05627

**CERTIFICATION**

2

I hereby certify that a copy of the foregoing was mailed this 12th day of April, 2005 to the following Pro Se Plaintiff:

>Mr. Emmanuel Smith
>Inmate No. 232549
>Osborne Correctional Institution
>335 Bilton Road
>P.O. Box 100
>Somers, CT 06071

_____
Gerald L. Garlick

000233/00054/lib002/24037.1

3