UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
EMMANUEL SMITH,                  :
                                 :
     Plaintiff,                  :
                                 :
v.                               :    No. 3:03CV1052(DJS)
                                 :
FLEET BANK,                      :
                                 :
     Defendant.                  :
```

### ORDER

On April 13, 2005, defendant filed a motion for judgment on the pleadings in this action. Plaintiff has failed to file an opposition to this motion within twenty-one days, as required under Rule 7(a)1 of the Local Rules of Civil Procedure for the District of Connecticut. The Court hereby gives express notice to the pro se plaintiff that "failure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion," D. Conn. L.R. Civ. 7(a)1, and that if no opposition is filed on or before **June 10, 2005,** defendant's motion may be granted and the complaint could be dismissed without a trial.

So ordered this 17th day of May, 2005.

/s/DJS
_____
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE