UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EMMANUAL SMITH,                          :
                                         :
        Plaintiff,                       :
v.                                       :        CASE NO. 3:03CV1052(DJS)
                                         :
FLEET BANK,                              :
                                         :
        Defendant.                       :

JUDGMENT

This action having come on for consideration of the defendant's motion for judgment on the pleadings (dkt.#29) before the Honorable Dominic J. Squatrito, United States District Judge, and

The Honorable Dominic J. Squatrito having considered the motion and the full record of the case including the applicable principles of law, and having filed a memorandum of decision granting defendants' motion for judgment on the pleading, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment shall enter for Fleet on all Smith's claims.

Dated at Hartford, Connecticut, this 28th day of June 2005.

KEVIN F. ROWE, Clerk

By _____
        Terri Glynn
        Deputy Clerk