Emmanuel Smith

v.                                                    Case No. 3:03CV1052(DJS)

FLEET BANK                                            Date 2-7-July 2005

## MOTION FOR Reconsideration and/or Amendment of Judgment.

... Pursuant to Rules 9(9), 15(b), 52(b), 59(a)(e), 60(b)(6) 62(b), and any applicable Rules and procedures of the Fed Rules of Civil procedure

Motion for reconsideration and/or Amendment of Judgement for the reasons that follow:

Under Annunzio Wylie Act a granting of the defendants motion for Judgment on the pleadings (dkt # 29) was granted. Signed by clerk on 6/28/05.

Annunzio Wylie Act, provides that financial institutions are immune from liability for disclosures made in reports of any suspicious transactions that are relevant to a possible violation of law grants immunity from "any law or regulation of the United States, or any constitution, law, or regulation of any state of political subdivision thereof," Only claims for violations of federally granted constitutional rights can lead to the imposition of liability on a reporting financial institution. See Stout v. Banco Popular de Puerto Rico, D. Puerto Rico 2001, 158 F.Supp.2d 167.

This is to help better articulate claims made in complaint # 3:03 cv1052(DJS). Under Annunzio Wylie Act, financial institution Fleet Bank would not be entitled to immunity for disclosing to a private entity as opposed to a law enforcement or regulatory agency, even if the financial institution Fleet Bank made the disclosure with the understanding that the bank customer would then immediately call the police; the Act

did not cover reports of crimes made by financial institutions to private citizens. See Nevin v. Citibank, N.A., S.D.N.Y. 2000, 107 F. Supp. 2d 333. There are three pages attached to this motion which shows this disclosure to privat citizen, and violations of federally granted constitutional rights by the defendant Fleet Bank. In-addition as pro-se plaintiff - I was not given the opportunity to Amend complaint if needed. Note, these acts were done 90 days before the bank even try to correct it's mistakes. One can look at the dates on the paper work provided, and determine the effort used to correct Fleet. Banks mistakes.

**Conclusion**

For the reasons set forth herein, Plaintiff respectfully moves that the court grant its motion and enter judgment for Plaintiff Ameding the judgement set forth on date 6/28/05 for case No. 3:03-CV-1052 (DJS)

_____
Plaintiff

## DECLARATON UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is is the plaintiff in the above motion, that he has read the above motion and that the information contained in the motion is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at 335 Bilton Road, P.O. Box 100 Somers, CT 06071 on 7-7-05
                                                                    date

_____
Plaintiff Original Signature

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 8 day of July, 2005 to the following Defendant:

    Gerald L. Garlick, Esq. of Krasow, Garlick and Hadley, LLC
    One State Street
    Hartford, CT 06103

_____
Plaintiff

# DEPARTMENT OF POLICE
## BRIDGEPORT, CONNECTICUT
## INCIDENT REPORT

| Field | Entry |
|---|---|
| Status | ☐ UNF ☐ OPEN ☐ CLOSED ☐ CLEARED ☐ WARRANT ADVISED ☐ ARREST |
| 1. Incident Number | 016 |
| 2. Investigative Case No. | |
| 3. Type of Crime/Incident | Larceny 3° |
| 4. Code(s) | 021 |
| 5. Dispatched | M: 00 D:14 Y:01 T:0721 |
| 6. On Scene | M:00 D:14 Y:01 T:0722 |
| 7. Time of Occurrence | M:00 D:14 Y:01 T:0710 |
| 8. Dispatched To | 300 Congress St |
| 9. Location of Crime/Incident | 300 Congress St |
| 14. Victim's Name | Edna G. Bell (deceased) |
| 15. Victim's Complete Address | 322 Carroll Ave |
| 19. Date of Birth | 10/30/30 |

### Persons
| Name | DOB/Age | Address | Phone |
|---|---|---|---|
| Smith, Emmanuel | DOB 63 | 27 St. George St, Stamford CT | |

**Suspect #1:** Smith, Emmanuel B. Jr
**May Be Located At:** Stratside Ave, Stamford CT

### Property
| Type | Description | Value |
|---|---|---|
| US Currency | Mixed Bills | $39,000.00 |

**Means of Attack:** Withdraws
**Loss Total:** $39,000

### Narrative:
Detailed to 300 Congress St. Upon arrival TPS spoke to (R) Smith who states that his mother passed away on 5/27/01. He (R) states that since 5/4/01 or 5/9/01 someone by the name Emmanuel B. Smith Jr which is about the same name as himself has been withdrawing money from his mother's checking account. (R) states that approx $39,000.00 has been taken. Note (R) is trustee of account and has not authorized with...

**Reporting Officer(s):** DC Gallo 14
**Supervisor Review:** 297

| ARREST WARRANT APPLICATION<br>JD-CR-64  Rev. 5-89<br>PR. BK.593, 593a, 594<br>GEN. STAT. 54-2a   Stamford Case 01-0809-0057 | STATE OF CONNECTICUT<br>SUPERIOR COURT | |
|---|---|---|
| | | Page 1 |
| NAME AND RESIDENCE (Town) OF ACCUSED<br>**SMITH Jr., Emmanuel B. 19691109 B/M**<br>**LKA 80 Spruce St. Stamford, Conn. 06902** | COURT TO BE HELD AT (Town)<br>**Stamford** | G.A. No.<br>**1** |

**APPLICATION FOR ARREST WARRANT**

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the . . .

[X] affidavit below . . .   [ ] affidavit(s) attached

| DATE & SIGNATURE | DATE  12/12/01 | SIGNED (Prosecutorial Official) |
|---|---|---|

**AFFIDAVIT**

The undersigned, being duly sworn, deposes and says:

The Affiant Bruce J. Rosa is a regular member of the Stamford Police Dept., for the past 29 years respectively, and is assigned to the Fraud Unit. The Affiant has training and experience in Criminal Investigation and Check Fraud related matters.

1. That on Aug. 9, 2001, FleetBoston Bank Corporate Security Investigator Cheryl Cleary came to the Stamford Police Dept. Fraud Unit reporting a larceny of approximately $38,230. That money was misappropriated to the wrong bank customer the accused, Emmanuel Smith Jr., DOB: 11/09/1969 of 80 Spruce St. Stamford, Conn.

2. That Edna G. Bell of 527 Carroll St. Bridgeport, Conn., was a FleetBoston Bank Customer respectively for years. Her account beneficiary was her son, Emmanuel Smith DOB: 10/20/1953 of 27 Silver St. Middletown, Conn.. That Edna G. Bell a State of Conn. Dept. of Motor Vehicle Supervisor died on May 27, 2001. That Emmanuel Smith went to FleetBoston Bank and learned unauthorized withdrawals were made with someone with similar name. That Emmanuel Smith completed Affidavits of Forgery at FleetBoston and reported the incident to the Bridgeport, Conn. Police Dept.

3. That FleetBoston Bank Investigator Cheryl Cleary learned that nine withdrawals were made at FleetBoston Bank 383 West Main St. Stamford, Conn., in the amount of $38,230. The Affiant requested evidence from FleetBoston Bank of the withdrawals.

FleetBoston customer, Emanual B. Smith, 206 Seaside Avenue, Apt. 2, Stamford, CT, Date of Birth 11/9/69, made nine unauthorized withdrawals on Fleet savings account #6002312798, in the name of Edna G. Bell, Trustee for Emanual Smith, Jr.. Ms. Bell's address was listed as 527 Carroll Avenue, Bridgeport, CT. The withdrawals total $38,230 and were all done at the West Stamford Branch in Connecticut.

Edna Bell died on May 27, 2001 and her son, Emanual Smith, Jr., 27 Silver Street, Middletown, CT, Date of Birth 10/20/53, provided the Bridgeport Branch with a copy of the death certificate for his mother, Edna Bell. At this time, it was discovered that the information listed on the son's identification which he provided, did not match the information listed on the profile for the Emanual Smith listed as Trustee on the savings account #6002312798. However, the information listed on Edna Bell's two IRA's did match the son's information.

The suspect's name, Emanual B. Smith, was incorrectly listed on the profile for the savings account and he then made nine, unauthorized withdrawals on the savings account, totalling $38,230, during the time period beginning April 24, 2001 through June 11, 2001.

The son, Emanuel Smith, Jr., stated that this other Emanuel Smith is unknown to him and has signed an Affidavit of Unauthorized Signature for each of these nine withdrawals. He has also filed a report on this incident with the Bridgeport Police Department.

Corporate Security Investigator Cheryl Cleary spoke to Emanual B. Smith telephonically, at which time she informed him that she was investigating a fraud claim whereas he had made nine unauthorized withdrawals, totalling $38,230 from the FleetBoston savings account of Edna Bell. She advised him that a police report had been filed on this case. Mr. Smith rushed the conversation and said he had to hang up because he had another pressing matter that had to be addressed right away, so he would not be able to talk any further. He stated that he would call Investigator Cleary back regarding this matter but never followed through.

A Certified Demand letter requesting reimbursement for the nine unauthorized withdrawals was sent to Emanual B. Smith which was returned to FleetBoston for reason "Unclaimed".

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Emmanuel B. Small
206 Seaside
Apt 2.
Stamford, CT 06902



**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X _____ ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0015 8782 3891

PS Form 3811, July 1999

102595-99-M-1789

