FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Emmanuel Smith

v.

Fleet Bank

FILED

2005 JUL 13 A 11: 30

DISTRICT COURT
HARTFORD, CT

CIVIL CASE NO. 3:03-CV-1052 (DJS)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __Emmanuel Smith__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order): Attached is two copy/s.

2. The Judgment /Order in this action was entered on __6-28-2005__.
(date)

_Emmanuel Smith_
Signature

_Emmanuel Smith_
Print Name

335 Bilton Road P.O. Box 100

Somers, Ct. 06071
Address

Date: 7-7-2005

Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).
rev. 7/02

## Other Orders/Judgments

3:03-cv-01052-DJS Smith v. Fleet Bank

## U.S. District Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Blue, A. entered on 6/28/2005 at 11:43 AM EDT and filed on 6/28/2005

**Case Name:**     Smith v. Fleet Bank
**Case Number:**   3:03-cv-1052
**Filer:**
**Document Number:** 35

**Docket Text:**
JUDGMENT in favor of defendant against plaintiff, Signed by Clerk on 6/28/05. (Blue, A.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=6/28/2005] [FileNumber=586504-0]
[aff1bcff3ba0a661d3f3fe708f91236d33f79a7b2ee4f84acdaecde966c8a16199db
cf6355dbd1d05835794597079b456c9a7861254e657417a90652e08dcdc4]]

**3:03-cv-1052 Notice will be electronically mailed to:**

Gerald L. Garlick    ggarlick@krasowgarlick.com,

Linda Clifford Hadley    lhadley@krasowgarlick.com,

**3:03-cv-1052 Notice will be delivered by other means to:**

Emmanuel Smith
Inmate 232549
Osborn Correctional Institution
335 Bilton Road
P.O. Box 100
Somers, CT 06071

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMMANUAL SMITH, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:03CV1052(DJS) |
| FLEET BANK, | : |
| Defendant. | : |

## JUDGMENT

This action having come on for consideration of the defendant's motion for judgment on the pleadings (dkt.#29) before the Honorable Dominic J. Squatrito, United States District Judge, and

The Honorable Dominic J. Squatrito having considered the motion and the full record of the case including the applicable principles of law, and having filed a memorandum of decision granting defendants' motion for judgment on the pleading, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment shall enter for Fleet on all Smith's claims.

Dated at Hartford, Connecticut, this 28th day of June 2005.

KEVIN F. ROWE, Clerk

By _____
Terri Glynn
Deputy Clerk