United States District Court
District of Connecticut

Emmanuel Smith
Plaintiff/Defendant

V.

Fleet Bank
Defendant/Plaintiff

Civil Action NO: 3:03-CV-1052(DJS)

Date July 23-2005

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Plaintiff/Defendant respectfully requests that the court grant an extension of time not to exceed 30 day in which Plaintiff/Defendant can file an answer or motion addressed to the counter claim. The undersigned represents that he is a pro-se litigant incarcerated, and at this point in time the law library is closed for 60 days for renovation, and the additional time is needed in order to review the complaint and perform the necessary inquiry into the facts in order to file the appropriate response to the counter claim. In addition this issue can be verified by calling Osborn institution.

Pro-se plaintiff is currently incarcerated, plaintiff respectfully represents that he cannot ascertain the Defendant/Plaintiff position with regard to this motion for extension of time.

This is the first motion for extension of time filed with regard to the time in which to respond to the counter claim.

GRANTED/DENIED

Plaintiff/Defendant

Emmanuel Smith
335 Bilton Road
P.O. Box 100
Somers, CT 06071

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 27th day of July, 2005 to the following Defendant/Plaintiff:

Gerald L. Garlick, Esq. of
Krasow, Garlick and Hadley, LLC
One State Street
Hartford, CT 06103

Emmanuel Smith