UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
********************************
EMMANUEL SMITH                  *   CIVIL ACTION NO: 3:03-CV-1052 (DJS)
                                *
         Plaintiff              *
V.                              *
                                *
FLEET BANK                      *
                                *
         Defendant              *   SEPTEMBER 7, 2005
********************************
```

## MOTION FOR VOLUNTARY DISMISSAL OF COUNTERCLAIM
## AND RESPONSE TO COUNTERCLAIM

Pursuant to Federal Rules of Civil Procedure 41(a)(2) and 41(c), and for the reasons set forth in the accompanying Memorandum of Law, Defendant moves that the Court dismiss, without prejudice, the Defendant's Counterclaim dated March 16, 2005 and the Plaintiff/Counterclaim Defendant's Answer, Special Defense and Counterclaim to that Counterclaim dated August 26, 2005.

**ORAL ARGUMENT IS NOT REQUESTED**

DEFENDANT, FLEET BANK


By_____
        Gerald L. Garlick, Esq. of
        Krasow, Garlick & Hadley, LLC
        One State Street
        Hartford, CT 06103
        Telephone: (860) 549-7100
        Facsimile: (860) 728-1651
        Email: ggarlick@krasowgarlick.com
        Federal Bar No ct05627

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 7th day of September, 2005 to the following Pro Se Plaintiff:

> Mr. Emmanuel Smith
> Inmate No. 232549
> Osborne Correctional Institution
> 335 Bilton Road
> P.O. Box 100
> Somers, CT 06071

_____
Gerald L. Garlick

000233/00054/lib002/25245.1