**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date:                9/12/05
Docket Number:       05-3867-pr
Short Title:         Smith v. Fleet Bank
DC Docket Number:    03-cv-1052
DC:                  DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:            Honorable Dominic Squatri

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 12th day of September, two thousand five.

Emmanuel Smith,

    Plaintiff-Appellant,

v.

Fleet Bank,

    Defendant-Appellee.



## ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN that the appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and **APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed, **THIS APPEAL IS HEREBY DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

## CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
     DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk
By: Frank Perez
Deputy Clerk

Certified:   SEP 1 2 2005